UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

CASE NO.: 94-11705-8B7

MAYER, VINCENT J.,
MAYER, RAMONA S.,

Debtor(s).
_____/

## DEBTORS' MOTION FOR RECONSIDERATION OF ALLOWANCE OF CLAIM NO. 6 OF RUTH SHAPIRO MSW LCSW

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this Motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty (20) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Suite 727, Tampa, Florida 33602-3899, and serve a copy on the attorney, Melody D. Genson, 2750 Ringling Blvd., Suite 3, Sarasota, Florida, 34237.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Comes Now the Debtors, Vincent J. Mayer and Ramona S. Mayer, by and through their undersigned attorney, and move this Court for reconsideration of allowance of Claim No. 6 of Ruth Shapiro Msw Lcsw, and as grounds therefore would state as follows:

1. That Claim No. 6 was filed on December 6, 2000 by Ruth Shapiro Msw Lcsw.
2. That Claim No. 6 was an unsecured claim in the amount of $756.00.
3. That the claimant has failed to provide sufficient documentation and proof of an open account and/or a debt owed by the Debtors to claimant.
4. That without sufficient proof of a debt owed by the Debtors, the claim should be denied.

WHEREFORE, the Debtors request that this Court reconsider the allowance of Claim No. 6 of Ruth Shapiro Msw Lcsw, and deny same, and for such other relief this Court finds just and equitable.

MELODY D. GENSON, Attorney at Law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was sent this ____ day of Dec, 2009 by either electronic transmission or by U.S. Mail, postage prepaid, to the following named addressees: U.S. Trustee's Office, 501 E. Polk St., Ste. 1200, Tampa, FL 33602; Chapter 7 Trustee Ralph Jay Harpley, 1602 W. Sligh Ave., #100, Tampa, FL 33604; Dennis J. Levine, PA, P O Box 707, Tampa, FL 33601-0707; Ruth Shapiro Msw Lcsw, 3646 Birky Street, Sarasota, FL 34232; Ruth Shapiro Msw Lcsw, 2015 Rose Street, Sarasota, FL 34239.

MELODY D. GENSON, Attorney at Law
2750 Ringling Blvd., Ste. 3
Sarasota, FL 34237
(941)365-5870
Florida Bar No. 342092