UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                              Case No. 8:94−bk−11705−CPM
                                                                    Chapter 7
Vincent J. Mayer
P.O. Box 1148
Sarasota, FL 34230


Ramona S. Mayer
pka Ramona S. Johnson
P.O. Box 1148
Sarasota, FL 34230


_____Debtor*_____/

NOTICE OF PRELIMINARY HEARING

   NOTICE IS HEREBY GIVEN THAT:

   A preliminary hearing will be held in, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 on February 16, 2010 at 10:30 AM before the Honorable Catherine Peek McEwen , United States Bankruptcy Judge, to consider and act upon the following matter(s):

   Response to (and Objection) to Trustee's Motions for Reconsideration of Allowance of Claim No. 4 of Sears Roebuck and Co. and Claim No. 6 of Ruth Shapiro MSW LCSW filed by Billy F. Hatch and Virginia D. Hatch (doc. #215); and,

Motion for Payment of Unclaimed Funds filed by Ruth Shapiro (doc. #221).

   Conduct of Hearing. The court will not permit the introduction of testimony or documentary evidence at the preliminary hearing. However, the court will consider as part of the record affidavits that are offered without objection, uncontradicted proffers of evidence made by counsel, and judicial and evidentiary admissions made by the parties in open court or in the papers and schedules filed with the court. NOTICE IS HEREBY GIVEN to the parties that at the preliminary hearing, the court on its own motion may grant summary judgment in favor of the movant or respondent as to all or part of the relief requested, if there is no genuine issue as to any material fact and some or all of the relief requested should be granted or denied as a matter of law.

Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

   DATED on February 8, 2010 .

                                        FOR THE COURT
                                        Lee Ann Bennett , Clerk of Court

                                        Sam M. Gibbons United States Courthouse
                                        801 North Florida Avenue, Suite 555
                                        Tampa, FL 33602

   *All references to "debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

# CERTIFICATE OF NOTICE

```
District/off: 113A-8         User: cellil              Page 1 of 1              Date Rcvd: Feb 08, 2010
Case: 94-11705               Form ID: 8nph             Total Noticed: 12
```

The following entities were noticed by first class mail on Feb 10, 2010.
```
db/jdb    +Vincent J. Mayer,   Ramona S. Mayer,   P.O. Box 1148,   Sarasota, FL 34230-1148
aty        Brian J. Dilks,   PO Box 2728,   Issaquah, WA 98027-0125
cr        +Billy F Hatch,   PO Box 23318,   Little Rock, AK 72221-3318
cr         Ruth Shapiro,   c/o Dilks & Knopik, LLC,   PO Box 2728,   Issaquah, WA 98027-0125
cr         Sears, Roebuck & Co.,   c/o Larry M. Foyle, Esq.,   P.O. Box 800,   Tampa, FL 33601-0800
cr        +Virginia D Hatch,   PO Box 23318,   Little Rock, AK 72221-3318
8683143   +Ralph Jay Harpley,   1602 W Slith Ave, #100,   Tampa, FL 33604-5895
6612411   +Ruth Shapiro Msw Lcsw,   3646 Birky St.,   Sarasota, Fl 34232-2426
6612407    Sears,   New Orleans Credit Central,   P.o. Box 29600,   New Orleans, LA 70189-0600
6612410   +Sears Roebuck & Co,   45 Congress St.,   Salem, Ma 01970-5579
8683141   +Vincent and Ramona Mayer,   4106 Houston Lane,   North Port, FL 34287-3949
8683145   +Virginia and Billy Hatch,   P O Box 23318,   Little Rock, AR 72221-3318
```

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 10, 2010**                    **Signature:**     _Joseph Speetjens_